JS-6

FILED
CLERK, U.S. DISTRICT COURT
AUG - 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM WILLIAMS, </br>       Petitioner, </br>     v. </br> JOHN C. MARSHALL, Warden, </br>       Respondent. | CASE NO. CV 06-04159 CAS(SS) </br></br> **JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: August 6, 2008

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE